No. 1,743.—STATE ex rel. PORTER, Appellant, *v.*
WESTERN RANCHES, Limited, Respondent.

*Appeal from District Court, Custer County; C. H. Loud,
Judge.*

Decided October 6, 1903.

PER CURIAM.—The appeal herein is hereby dismissed, each party to bear its own costs, in accordance with the stipulation on file.

Mr. J. H. Johnston, and Mr. James Donovan, for Appellant.

Mr. M. S. Gunn, and Mr. Sydney Sanner, for Respondent.